NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-5020, -5028

SOUTHERN NUCLEAR OPERATING COMPANY, ALABAMA POWER COMPANY, and GEORGIA POWER COMPANY,

Plaintiffs-Cross Appellants,

v.

UNITED STATES,

Defendant-Appellant.

Appeal from the United States Court of Federal Claims 98-CV-614, Senior Judge James F. Merow.

ON MOTION

Before PROST, Circuit Judge.

ORDER

Southern Nuclear Operating Company et al. (Southern Nuclear) submits a status report in response to this court's April 1, 2008 order and moves to lift the stay of proceedings. The United States also submits a status report and opposes lifting the stay of proceedings until this court disposes of the United States' motions for reconsideration to recall the mandates in the consolidated appeals of Yankee Atomic Electric Co. v. United States, Nos. 2007-5025, -5026, -5027, -5031, -5032, -5033, Pacific Gas & Electric Co. v. United States, No. 2007-5046, and Sacramento Municipal Utility District, Nos. 2007-5052, -5097 (the Yankee Atomic cases).

Upon consideration thereof,

IT IS ORDERED THAT:

Southern Nuclear's motion to lift the stay of proceedings is denied.

FOR THE COURT

**FEB  2 2009**

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc:    M. Stanford Blanton, Esq.
       Harold D. Lester, Jr., Esq.
s19

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

FEB 0 2 2009

JAN HORBALY
CLERK

2008-5020, -5028